445 A.2d 233

Commonwealth v. Poplar, Appellant.

Argued February 2, 1982. Mary McNeill Greenwell, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.

445 A.2d 233

Commonwealth v. Powell, Appellant.

Argued September 8, 1980. Janet W. Mason, Assistant Public Defender, for appellant; Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.